■ PEOPLE, Respondent, v LYRIA BEST, Appellant. [604 NYS2d 844] —Motion for writ of error coram nobis granted and order entered April 5, 1985 vacated; appellant's present counsel is directed to file and serve appellant's briefs on or before November 19, 1993 and, if so filed and served, respondent is directed to file and serve respondent's briefs on or before December 21, 1993. Present—Denman, P. J., Callahan, Green, Lawton and Davis, JJ. (Filed Sept. 27, 1993.)

■ PEOPLE v ROGER SCOTT, Defendant. [604 NYS2d 843] — Motion for change of venue denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Onondaga County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature (see, People v Scott, 193 AD2d 1145; see also, People v DiPiazza, 24 NY2d 342; People v Jacobsen, 170 AD2d 1043). Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ. (Filed Sept. 2, 1993.)

■ PEOPLE v ROBERT DAVIS, Defendant. [604 NYS2d 847] — Motion to extend time to take appeal dismissed as untimely. Memorandum: The motion is untimely (see, CPL 460.30 [1]). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.

■ PEOPLE v LEONARD PINCKNEY, Defendant. [604 NYS2d 847] —Motion to extend time to take appeal denied as unnecessary. Memorandum: The motion is unnecessary inasmuch as we treat the notice of appeal filed April 9, 1993, as valid (see, CPL 460.10 [6]). Present—Callahan, J. P., Balio, Lawton, Boomer and Davis, JJ.